No. 77–663.  CENTENO SUPER MARKETS, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir.  Certiorari denied.

No. 77–667.  BARKER, EXECUTRIX *v.* PARKER, ACTING COMMISSIONER OF PATENTS AND TRADEMARKS.  C. C. P. A.  Certiorari denied.

No. 77–671.  DELTA AIR LINES, INC. *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 77–673.  QUADE ET AL., DBA NORTHWEST TRUCK RENTALS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 77–685.  COUNTY OF SUFFOLK ET AL. *v.* SECRETARY OF THE INTERIOR ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 77–687.  MEREDITH *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 77–690.  STONE ET AL. *v.* UNITED STATES;
No. 77–724.  GOLDSTEIN *v.* UNITED STATES; and
No. 77–5730.  DAIDONE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 558 F. 2d 775.

No. 77–708.  MCGRATH *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 77–723.  CASSITY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 77–726.  J. P. STEVENS & CO., INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 2d Cir.  Certiorari denied.

No. 77–728.  SCHOOL DISTRICT OF OMAHA ET AL. *v.* UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.